UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-396-BO-2

UNITED STATES OF AMERICA

v.                                                    ORDER TO SEAL

ANTHONY JUNIOR JONES

On motion of the Defendant, Anthony Junior Jones, and for good cause shown, it is hereby

ORDERED that **DE 123** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __9__ day of April, 2026.

_____
JAMES C. DEVER III
United States District Court Judge